**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

Ciara Peterson, individually and on behalf of all others similarly situated,

                    Plaintiff,

          -against-

Credit Corp Solutions Inc. d/b/a Tasman Credit,

                    Defendant.

Case No: 1:20-cv-00780-MKB-LB

**STIPULATION OF VOLUNTARY DISMISSAL**
**PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and/or

their respective counsel(s) that, whereas no party in this action is an infant or incompetent, the

above-captioned action is voluntarily dismissed with prejudice pursuant to the Federal Rules of

Civil Procedure 41(a)(1)(A)(ii) with each party to bear its respective attorney's fees and costs.

Dated: November 10, 2020

**BLANK ROME, LLP**

By: ___/s Jonathan F. Ball_____
Jonathan F. Ball, Esq.
1271 Avenue of the Americas,
New York, NY 10020
Tel: (212) 885-5000
*Attorneys for Defendant*

  SO ORDERED:
  s/ MKB 11/10/2020

  _____
  MARGO K. BRODIE
  United States District Judge

**BARSHAY SANDERS, PLLC**

By: ___/s Craig B. Sanders_____
Craig B. Sanders
100 Garden City Plaza, Suite 500
Garden City, New York 11530
Tel. (516) 203-7600
Email:
*ConsumerRights@BarshaySanders.com*
Our File No: 119072
*Attorneys for Plaintiff*